EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 10/1 |
| PAY PERIOD END: | 10/3 |
| ADVICE DATE: | 11/0 |
| ADVICE NUMBER: | |
| AVAILABLE SICK AS OF 10/31/2021: | 8:00 HOURS |
| AVAILABLE VACATION AS OF 10/31/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 10/31/2021: | 0:00 HOURS |

ASSOCIATE NAME: HEATHER KLOTZ

ASSOCIATE ID: 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 1,343.00 |
| | | | | NET WAGES: | 860.62 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 860.62 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 10/18/2021-10/24/2021 | 17.00 | 40.00 | 680.00 | |
| REGULAR | 10/25/2021-10/31/2021 | 17.00 | 39.00 | 663.00 | 13,387.50 |
| OT PREMIUM | | | | | 17.02 |
| OVERTIME | | | | | 34.00 |
| SICK/PERS | | | | | 136.00 |
| TOTAL WORKED HOURS: | | | 79.00 | | |
| TOTAL GROSS WAGES: | | | | 1,343.00 | 13,574.52 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 155.00 | 1,360.00 |
| VISION FT | 9.31 | 83.79 |
| DENTAL FT | 16.00 | 144.00 |
| TOTAL: | 180.31 | 1,587.79 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 8.46 |
| SUPPLIFE | 4.37 | 39.33 |
| AD&D | 3.44 | 30.96 |
| STD | 13.60 | 136.00 |
| LTD | 3.24 | 32.40 |
| GROUP LGL | 7.96 | 71.64 |
| FEDERAL AWG | 157.80 | 954.50 |
| TOTAL: | 191.35 | 1,273.29 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 72.09 | 743.18 |
| MEDICARE | 16.86 | 173.81 |
| STATE TAX - GA | 21.77 | 227.39 |
| TOTAL: | 110.72 | 1,144.38 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******7101 | ****** | | 860.62 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 10/04/2021 |
| PAY PERIOD END: | 10/17/2021 |
| ADVICE DATE: | 10/22/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 10/17/2021: | 8:00 HOURS |
| AVAILABLE VACATION AS OF 10/17/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 10/17/2021: | 0:00 HOURS |

ASSOCIATE NAME: HEATHER KLOTZ          ASSOCIATE ID: 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 1,360.00 |
| | | | | NET WAGES: | 873.14 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 873.14 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 10/04/2021-10/10/2021 | 17.00 | 32.00 | 544.00 | |
| REGULAR | 10/11/2021-10/17/2021 | 17.00 | 40.00 | 680.00 | 12,044.50 |
| OT PREMIUM | | | | | 17.02 |
| OVERTIME | | | | | 34.00 |
| SICK/PERS | 10/04/2021-10/17/2021 | 17.00 | 8.00 | 136.00 | 136.00 |
| TOTAL WORKED HOURS: | | | 72.00 | | |
| TOTAL GROSS WAGES: | | | | 1,360.00 | 12,231.52 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 155.00 | 1,205.00 |
| VISION FT | 9.31 | 74.48 |
| DENTAL FT | 16.00 | 128.00 |
| TOTAL: | 180.31 | 1,407.48 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 7.52 |
| SUPPLIFE | 4.37 | 34.96 |
| AD&D | 3.44 | 27.52 |
| STD | 13.60 | 122.40 |
| LTD | 3.24 | 29.16 |
| GROUP LGL | 7.96 | 63.68 |
| FEDERAL AWG | 160.00 | 796.70 |
| TOTAL: | 193.55 | 1,081.94 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 73.14 | 671.09 |
| MEDICARE | 17.11 | 156.95 |
| STATE TAX - GA | 22.75 | 205.62 |
| TOTAL : | 113.00 | 1,033.66 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******7101 | ****** | | 873.14 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

# EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 09/20/2021 |
| PAY PERIOD END: | 10/03/2021 |
| ADVICE DATE: | 10/08/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 10/03/2021: | 12:00 HOURS |
| AVAILABLE VACATION AS OF 10/03/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 10/03/2021: | 0:00 HOURS |

**ASSOCIATE NAME:** HEATHER KLOTZ         **ASSOCIATE ID:** 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 1,330.25 |
| | | | | NET WAGES: | 851.24 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 851.24 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

## GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 09/20/2021-09/26/2021 | 17.00 | 40.00 | 680.00 | |
| REGULAR | 09/27/2021-10/03/2021 | 17.00 | 38.25 | 650.25 | 10,820.50 |
| OT PREMIUM | | | | | 17.02 |
| OVERTIME | | | | | 34.00 |
| TOTAL WORKED HOURS: | | | 78.25 | | |
| TOTAL GROSS WAGES: | | | | 1,330.25 | 10,871.52 |

## EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 155.00 | 1,050.00 |
| VISION FT | 9.31 | 65.17 |
| DENTAL FT | 16.00 | 112.00 |
| TOTAL: | 180.31 | 1,227.17 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 6.58 |
| SUPPLIFE | 4.37 | 30.59 |
| AD&D | 3.44 | 24.08 |
| STD | 13.60 | 108.80 |
| LTD | 3.24 | 25.92 |
| GROUP LGL | 7.96 | 55.72 |
| FEDERAL AWG | 156.14 | 636.70 |
| TOTAL: | 189.69 | 888.39 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 71.30 | 597.95 |
| MEDICARE | 16.67 | 139.84 |
| STATE TAX - GA | 21.04 | 182.87 |
| TOTAL : | 109.01 | 920.66 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| *****7101 | ****** | | 851.24 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

2

# EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 09/06/2021 |
| PAY PERIOD END: | 09/19/2021 |
| ADVICE DATE: | 09/24/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 09/19/2021: | 12:00 HOURS |
| AVAILABLE VACATION AS OF 09/19/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 09/19/2021: | 0:00 HOURS |

**ASSOCIATE NAME:** HEATHER KLOTZ  **ASSOCIATE ID:** 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 1,366.38 |
| | | | | NET WAGES: | 877.85 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 877.85 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

## GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 09/06/2021-09/12/2021 | 17.00 | 40.00 | 680.00 | |
| REGULAR | 09/13/2021-09/19/2021 | 17.00 | 40.00 | 680.00 | 9,490.25 |
| OT PREMIUM | 09/13/2021-09/19/2021 | 8.52 | 0.25 | 2.13 | 17.02 |
| OVERTIME | 09/13/2021-09/19/2021 | 17.00 | 0.25 | 4.25 | 34.00 |
| TOTAL WORKED HOURS: | | | 80.25 | | |
| TOTAL GROSS WAGES: | | | | 1,366.38 | 9,541.27 |

## EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 155.00 | 895.00 |
| VISION FT | 9.31 | 55.86 |
| DENTAL FT | 16.00 | 96.00 |
| TOTAL: | 180.31 | 1,046.86 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 5.64 |
| SUPPLIFE | 4.37 | 26.22 |
| AD&D | 3.44 | 20.64 |
| STD | 13.60 | 95.20 |
| LTD | 3.24 | 22.68 |
| GROUP LGL | 7.96 | 47.76 |
| FEDERAL AWG | 160.83 | 480.56 |
| TOTAL: | 194.38 | 698.70 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 73.53 | 526.65 |
| MEDICARE | 17.20 | 123.17 |
| STATE TAX - GA | 23.11 | 161.83 |
| TOTAL : | 113.84 | 811.65 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******7101 | ***** | | 877.85 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 09/06/2021 |
| PAY PERIOD END: | 09/19/2021 |
| ADVICE DATE: | 09/15/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 09/19/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 09/19/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 09/19/2021: | 0:00 HOURS |

ASSOCIATE NAME: HEATHER KLOTZ        ASSOCIATE ID: 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 127.50 |
| | | | | NET WAGES: | 117.74 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 117.74 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 09/06/2021-09/12/2021 | 17.00 | 7.50 | 127.50 | 8,130.25 |
| OT PREMIUM | | | | | 14.89 |
| OVERTIME | | | | | 29.75 |
| TOTAL WORKED HOURS: | | | 7.50 | | |
| TOTAL GROSS WAGES: | | | | 127.50 | 8,174.89 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | | 740.00 |
| VISION FT | | 46.55 |
| DENTAL FT | | 80.00 |
| TOTAL: | 0.00 | 866.55 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | | 4.70 |
| SUPPLIFE | | 21.85 |
| AD&D | | 17.20 |
| STD | | 81.60 |
| LTD | | 19.44 |
| GROUP LGL | | 39.80 |
| FEDERAL AWG | 0.00 | 319.73 |
| TOTAL: | 0.00 | 504.32 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 7.91 | 453.12 |
| MEDICARE | 1.85 | 105.97 |
| STATE TAX - GA | 0.00 | 138.72 |
| TOTAL : | 9.76 | 697.81 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******7101 | ****** | ****** | 117.74 |

1

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 08/23/2021 |
| PAY PERIOD END: | 09/05/2021 |
| ADVICE DATE: | 09/10/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 09/05/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 09/05/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 09/05/2021: | 0:00 HOURS |

ASSOCIATE NAME: HEATHER KLOTZ          ASSOCIATE ID: 200471885

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | HEAD OF HOUSEHOLD | 0 | 0 | GROSS WAGES: | 1,355.75 |
| | | | | NET WAGES: | 870.02 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 870.02 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 08/23/2021-08/29/2021 | 17.00 | 39.75 | 675.75 | |
| REGULAR | 08/30/2021-09/05/2021 | 17.00 | 40.00 | 680.00 | 8,002.75 |
| OT PREMIUM | | | | | 14.89 |
| OVERTIME | | | | | 29.75 |
| TOTAL WORKED HOURS: | | | 79.75 | | |
| TOTAL GROSS WAGES: | | | | 1,355.75 | 8,047.39 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 155.00 | 740.00 |
| VISION FT | 9.31 | 46.55 |
| DENTAL FT | 16.00 | 80.00 |
| TOTAL: | 180.31 | 866.55 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 0.94 | 4.70 |
| SUPPLIFE | 4.37 | 21.85 |
| AD&D | 3.44 | 17.20 |
| STD | 13.60 | 81.60 |
| LTD | 3.24 | 19.44 |
| GROUP LGL | 7.96 | 39.80 |
| FEDERAL AWG | 159.45 | 319.73 |
| TOTAL: | 193.00 | 504.32 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 72.88 | 445.21 |
| MEDICARE | 17.04 | 104.12 |
| STATE TAX - GA | 22.50 | 138.72 |
| TOTAL : | 112.42 | 688.05 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| *****7101 | ***** | | 870.02 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

2